UNITED STATES DISTRICT COURT

Northern District of California

GUY YOUNGBLOOD,     No. C 13-2452 MEJ

           Plaintiff,     **ORDER RE: RETURNED MAIL**

    v.

UNITED STATES OF AMERICA,

           Defendant.
_____/

Plaintiff Guy Youngblood filed this case on May 30, 2013, with the following address for service:

           Guy Youngblood
           150 Golden Gate Ave
           San Francisco, CA 94102

Since that time, all mail sent to the Golden Gate Avenue address has been returned as undeliverable. *See* Dkt. Nos. 7, 8. Plaintiff is hereby advised that the Court may dismiss this case without prejudice for failure to provide a correct address for service. Specifically, pursuant to Civil Local Rule 3-11(b), the Court may, without prejudice, dismiss a complaint when: (1) mail directed to a party has been returned to the Court as not deliverable; and (2) the Court fails to receive within 60 days of this return a written communication from the party indicating a current address.

Accordingly, as mail was first returned as undeliverable on June 18, 2013, this case shall be dismissed without prejudice if Plaintiff fails to file a written communication indicating a current address by the 60-day deadline, August 18, 2013.

**IT IS SO ORDERED.**

Dated: July 17, 2013

                                                      _____
                                                      Maria-Elena James
                                                      United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GUY YOUNGBLOOD,

    Plaintiff,

v.

US GOVERNMENT et al,

    Defendant.

Case Number: CV13-2452 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 17, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Guy Youngblood
150 Golden Gate Ave
San Francisco, CA 94102

Dated: July 17, 2013

    Richard W. Wieking, Clerk
    By: Rose Maher, Deputy Clerk

2