UNITED STATES DISTRICT COURT

Northern District of California

GUY YOUNGBLOOD,

    Plaintiff,
v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

No. C 13-2452 MEJ

**ORDER FOR CLERK OF COURT TO REASSIGN CASE**

**REPORT & RECOMMENDATION**

   Plaintiff Guy Youngblood filed this case on May 30, 2013, with the following address for service: 150 Golden Gate Ave; San Francisco, CA 94102. Dkt. No. 1. Since that time, all mail sent to the Golden Gate Avenue address has been returned as undeliverable. *See* Dkt. Nos. 7, 8, 11. On July 17, 2013, the Court attempted to advise Plaintiff that it may dismiss this case without prejudice if he failed to provide a correct address for service. Pursuant to Civil Local Rule 3-11(b), the Court may, without prejudice, dismiss a complaint when: (1) mail directed to a party has been returned to the Court as not deliverable; and (2) the Court fails to receive within 60 days of this return a written communication from the party indicating a current address. Accordingly, as mail was first returned as undeliverable on June 18, 2013, this case should be dismissed without prejudice.

   Because Plaintiff has yet to consent to the undersigned's jurisdiction, the Court hereby ORDERS the Clerk of Court to reassign this case to a district court judge. The undersigned RECOMMENDS that the newly-assigned judge DISMISS this case WITHOUT PREJUDICE for failure to provide a correct address for service.

   Pursuant to Federal Rule of Civil Procedure 72, any party may serve and file objections to this Report and Recommendation within 14 days after being served.

   **IT IS SO ORDERED.**

Dated: August 19, 2013

                 _____
                 Maria-Elena James
                 United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GUY YOUNGBLOOD,

        Plaintiff,

  v.

US GOVERNMENT et al,

        Defendant.

Case Number: CV13-2452 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 19, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Guy Youngblood
150 Golden Gate Ave
San Francisco, CA 94102

Dated: August 19, 2013

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

2