UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY YOUNGBLOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | No. C-13-2452 EMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING COMPLAINT WITH PREJUDICE**<br><br>**(Docket Nos. 2, 12)** |

       Plaintiff, Guy Youngblood, initiated this action against the United States on May 30, 2013. Plaintiff simultaneously filed a motion for leave to proceed *in forma pauperis* (the "Motion"). Pending before the Court is Plaintiff's Motion.

       On August 19, 2013, Magistrate Judge Maria-Elena James issued a report and recommendation that Plaintiff's action be dismissed without prejudice for failure to provide service address, pursuant to Local Rule 3-11. *See* Docket No. 12. All mail sent to Plaintiff since the commencement of the action had been returned as undeliverable. *See* Docket Nos. 7, 11, 17. However, because subsequently, on August 29, 2013, Plaintiff filed a notice of change of address, the Court cannot adopt Judge James's report and recommendation. *See* Docket No. 18. The Court will instead consider the Motion anew.

       When presented with an application to proceed *in forma pauperis*, a court must first determine if the applicant satisfies the economic eligibility requirement of 28 U.S.C. § 1915(a). *See Franklin v. Murphy*, 745 F.2d 1221, 1226 n.5 (9th Cir. 1984). The court must then assess the complaint, and dismiss the case if it determines that the action is (1) frivolous or malicious; (2) fails

to state a claim on which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). A court may dismiss a claim as factually frivolous when the facts alleged are "fantastic" and "delusional," rising to the level of "the irrational or the wholly incredible." *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992).

In his application to proceed *in forma pauperis*, Plaintiff states that he is unemployed and has no income. *See* Docket No. 2. He owns no cash, car, or home. Given these circumstances, the Court finds that Plaintiff meets the economic eligibility requirements.

The Court must dismiss Plaintiff's action, however, because Plaintiff's claim is factually frivolous. The complaint alleges that a judge and public defender ordered others to use "chemical warfare" on Plaintiff and bind his legs for 14-16 years. Compl. at 1. The complaint describes various unrelated episodes, such as meeting Arnold Schwarzenegger when Plaintiff was a boy, resuscitating a shaken baby, and escaping from police trying to kill Plaintiff. Compl. at 2-3. It concludes with requests for a "clean record" and 100 million dollars. The alleged facts are delusional and wholly incredible.

Accordingly, the Court **DENIES** Plaintiff's motion for leave to proceed *in forma pauperis* and **DISMISSES** the complaint with prejudice. The Clerk of Court is directed to enter judgment and close the file.

This order disposes of Docket Nos. 2 and 12.

IT IS SO ORDERED.

Dated: October 1, 2013

_____
EDWARD M. CHEN
United States District Judge